1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   AMBER VIEIRA                     No. 2:08-cv-02419-MCE-KJM

12          Plaintiff,

13      v.                            ORDER

14   J.P. MORGAN CHASE & CO.,
     individually and dba CHASE
15   AUTO FINANCE,

16          Defendants.

17
                              ----oo0oo----
18

19      Upon the stipulation of the parties in their October 6, 2009

20   Stipulation and Order to Elect Referral of Action to VDRP, this

21   matter is hereby referred to the Voluntary Dispute Resolution

22   Program.

23
      Dated: October 21, 2009
24

25

26                                   _____
                                     MORRISON C. ENGLAND, JR.
27                                   UNITED STATES DISTRICT JUDGE

28

                                     1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28