1  Abraham N. Goldman, SBN 102080
   ABRAHAM N. GOLDMAN
2  & ASSOCIATES, LTD.
   12896 Rices Crossing Road / P.O. Box 120
3  Oregon House, California 95962
   Tel:  (530) 692-2267  Fax: (530) 692-2543
4  E-mail: agoldman@succeed.net
   Attorneys for Plaintiff
5  AMBER VIEIRA

6
   DANIELLE OCH-TILLOTSON, SBN 178677
7  dot@ogletreedeakins.com
   GREGORY C. CHENG, SBN 226865
8  gregory.cheng@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH,
9  SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA 94105
11 Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
12 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.
13

14

15                  **UNITED STATES DISTRICT COURT**

16                 **EASTERN DISTRICT OF CALIFORNIA**

17                       **SACRAMENTO DIVISION**

18 AMBER VIEIRA,                    )  Case No. 2:08-CV-02419-MCE-KJM
                                    )
19            Plaintiff,            )  **ORDER RE STIPULATION TO RESET**
                                    )  **DEFENDANT JPMORGAN CHASE**
20 v.                               )  **BANK, N.A.'S MOTION FOR**
                                    )  **SUMMARY JUDGMENT, OR IN THE**
21 J.P. MORGAN CHASE & CO., individually )  **ALTERNATIVE, SUMMARY**
   and d/b/a CHASE AUTO FINANCE, and )  **ADJUDICATION**
22 DOES 1-100 and Each of them, Inclusive, )
                                    )
23            Defendant.            )  Date:       July 22, 2010
                                    )  Time:       2:00 p.m.
24                                  )  Courtroom:  7
                                    )  Judge:      Hon. Morrison C. England, Jr.
25                                  )
                                    )  Complaint Filed:  October 14, 2008
26                                  )  Trial Date:        February 27, 2012
                                    )
27 _____ )

28

   08cv2419.stip.0623.doc                1              Case No. 2:08-CV-02419-MCE-KJM
   **[PROPOSED] ORDER RE STIPULATION TO RESET DEFENDANT JPMORGAN CHASE BANK,**
   **N.A.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY**
   **ADJUDICATION**

PDF created with pdfFactory trial version www.pdffactory.com

1    The Court HEREBY FINDS AND ORDERS:

2        1.    Pursuant to the stipulation of the parties, the hearing date for Defendant

3    JPMorgan Chase Bank, N.A.'S Motion for Summary Judgment, or in the Alternative,

4    Summary Adjudication is reset from July 8, 2010 to July 22, 2010 at 2:00 p.m. in

5    Courtroom 7.

6        2.    The date for Plaintiff's opposition and Defendant's reply will also be

7    continued to correspond to the new hearing date.

8    IT IS SO ORDERED.

9

10

11   Dated: June 23, 2010

12                                    _____

13                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv2419.stip.0623.doc                    2                Case No. 2:08-CV-02419-MCE-KJM

**[PROPOSED] ORDER RE STIPULATION TO RESET DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**

PDF created with pdfFactory trial version www.pdffactory.com